IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
on behalf of himself
and others similarly
situated,

    Plaintiff,

v.                                Civil Action No. 3:11cv514

VERIFICATIONS INCORPORATED,

    Defendant.

### ORDER

Having reviewed the CONSENT MOTION FOR ENLARGEMENT OF TIME (Docket No. 4), it is hereby ORDERED that the CONSENT MOTION FOR ENLARGEMENT OF TIME (Docket No. 4) is granted. It is further ORDERED that the defendant shall file its Answer and any other motions with respect to the Complaint by September 22, 2011.

It is so ORDERED.

                                                /s/   REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: September 8, 2011