# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **TYRONE HENDERSON,** on behalf of himself and others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> **VERIFICATIONS INCORPORATED,** </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 3:11cv514-REP |

## STATEMENT RESPECTING CONSENT

Responding to the Court's Order of October 3, 2011, requesting that counsel for each party file a Statement Respecting Consent by 12:00 noon on October 20, 2011, Defendant Verifications, Inc. hereby states that it does not consent to assignment of this case to a Magistrate Judge as the presiding judicial officer.

Respectfully submitted,

VERIFICATIONS, INC.

_____/s/_____
Charles K. Seyfarth (VSB No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com

***Counsel for Verifications, Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb St.
Petersburg, Virginia 23803

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606

Christopher C. North, Esquire
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, Virginia 23606

*Counsel for Plaintiff*

                                                      /s/
                                      Megan S. Ben'Ary (Va. Bar No. 47349)
                                      LeCLAIRRYAN, A Professional Corporation
                                      2318 Mill Road, Suite 1100
                                      Alexandria, VA  22314
                                      Telephone: (703) 684-8007
                                      Facsimile:  (703) 647-5983
                                      Megan.Benary@leclairryan.com

                                      *Counsel for Verifications, Inc.*