**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TYRONE HENDERSON,**
**on behalf of himself and others**
**Similarly situated,**

**Plaintiff,**

**v.**                                                      **Civil Action No. 3:11cv514-REP**

**VERIFICATIONS INCORPORATED,**

**Defendant.**

**PLAINTIFF'S STATEMENT RESPECTING CONSENT**

Plaintiff Tyrone Henderson, by counsel, and pursuant to the Court's October 3, 2011

Order (Docket No. 10), hereby files his Statement Respecting Consent. Pursuant to 28 U.S.C. §

636(c) and Fed. R. Civ. P. 73, Plaintiff consents to have a United States Magistrate Judge

conduct any and all further proceedings in this matter, including the trial, and order the entry of a

final judgment.

Respectfully submitted,
Tyrone Henderson
By Counsel

__/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
Email: lenbennett@clalegal.com

Christopher Colt North, VSB #16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Megan S. Ben-Ary, Esquire
LECLAIRRYAN, A PROFESSIONAL CORPORATION
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Counsel for Defendant

_____/s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Plaintiff
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com