IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *Tyrone Henderson* <br> on behalf of himself and others similarly situated, <br><br>    *Plaintiff,* <br><br>  v. <br><br> *Interstate Brands Corporation*, <br><br>    *Defendant.* | *Civil Action No. 3:11cv507-REP* |
| *Tyrone Henderson* <br> on behalf of himself and others similarly situated, <br><br>    *Plaintiff,* <br><br>  v. <br><br> *Verifications Incorporated*, <br><br>    *Defendant.* | *Civil Action No. 3:11cv514-REP* |

**NOTICE OF APPEARANCE**

  Please take note that Susan M. Rotkis of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1A, Newport News, VA 23601, hereby enters her appearance on behalf of Tyrone Henderson and others similarly situated in the above-styled and numbered actions. Please provide notice to her of all pleadings in this case.

1

                                                                                             /s/
                    Susan Mary Rotkis
                    VSB #40693
                    Attorney for Plaintiff
                    CONSUMER LITIGATION ASSOCIATES, P.C.
                    763 J. Clyde Morris Boulevard, Suite 1-A
                    Newport News, Virginia 23601
                    (757) 930-3660 – Telephone
                    (757) 930-3662 – Facsimile
                    E-mail:  srotkis@clalegal.com


## CERTIFICATE

I hereby certify that on the __18th__ day of November, 2011 I forwarded a true copy of the foregoing to the following counsel of record via electronic transmission and first class mail:

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Email: charles.seyfarth@leclairryan.com

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email: megan.benary@leclairryan.com

     *Counsel for Verifications Incorporated,*


Joseph William Clark
Jones Day (DC)
51 Louisiana Ave NW
Washington, DC 20001
Email: jwclark@jonesday.com

Edward Mark Wenger
Jones Day (DC-NA)
51 Louisiana Ave NW
Washington, DC 20001
Email: emwenger@jonesday.com

*Counsel for Interstate Brands Corporation*

            /s/
Susan Mary Rotkis
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile