UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TYRONE HENDERSON,** on behalf of himself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 3:11cv514-REP |
| **VERIFICATIONS INCORPORATED,** | ) ) ) |
| Defendant. | ) |

### VERIFICATIONS, INC.'S MOTION TO DISMISS COUNTS I, II AND III OF PLAINTIFF'S FIRST AMENDED CLASS COMPLAINT

VERIFICATIONS, INC., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Counts I, II and III of the First Amended Class Complaint filed herein by Plaintiff Tyrone Henderson for the reasons stated in the accompanying memorandum.

Respectfully submitted,

VERIFICATIONS, INC.

_____/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
Nicole Pszczolkowski (Va. Bar. No. 80826)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5983
Megan.Benary@leclairryan.com
Nicole.Pszczolkowski@leclairryan.com

***Counsel for Verifications, Inc.***

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Dale W. Pittman, Esquire
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb St.
Petersburg, Virginia 23803

Leonard A. Bennett, Esquire
Susan Mary Rotkis, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA  23601

Christopher C. North, Esquire
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, Virginia 23606

***Counsel for Plaintiff***

          /s/
Megan S. Ben'Ary (Va. Bar No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com

***Counsel for Verifications, Inc.***