# EXHIBIT A

*FCRA Consumer Rights attached*  *Final Updated report*

**Order No:** 5487728

TO:

**IBC / ROCKY MOUNT**
2551 NORTH CHURCH STREET
P O BOX 591
ROCKY MOUNT,  NC 27802

| 09-11-10797  CI:028618 | **BACKGROUND INVESTIGATION REPORT** | PR-12/3/09 |

**Applicant:** HENDERSON, TYRONE BERNETT SR
807 DIXON DRIVE
RICHMOND ,  VA  23224

**Date Entered:**    11/05/09

**Page:**    1

**Aka:**    None

**SS No:**    Not Displayed

## Investigation Summary

| Verification Type Information Source | Complete | Closed | N/A | Pending | Outstanding Performance | Concern / Discrepancy |
|---|---|---|---|---|---|---|
| **FMCSA Safety Sens.** | | | | | | |
| WAL-MART DISTRBUTION CENTER | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **FMCSA - Acc. History** | | | | | | |
| WAL-MART DISTRBUTION CENTER | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **FMCSA Safety Sens.** | | | | | | |
| GRAPHIC PACKAGING | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **FMCSA - Acc. History** | | | | | | |
| GRAPHIC PACKAGING | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **Employment** | | | | | | |
| WAL-MART | [X] | [ ] | [ ] | [ ] | [ ] | [X] |
| **FMCSA Safety Sens.** | | | | | | |
| WAL-MART | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

The information in this report may have been obtained from third-party sources who maintain this information.  If this report includes criminal record searches, please note that some minor charges may have been processed in a lower court which has no central reporting location.  These types of charges, therefore, may not be included herein.  Though Verifications, Inc. (VI) has made every effort to provide accurate information, the accuracy and/or completeness of the information provided cannot be guaranteed.  By engaging VI, you release VI, all of its officers, agents, and employees from all liability for any negligence associated with providing the enclosed information.

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943

*FCRA Consumer Rights attached*

**erifications** INC

*Final Updated report*

Order No: 5487728
TO:

**IBC / ROCKY MOUNT**
2551 NORTH CHURCH STREET
P O BOX 591
ROCKY MOUNT,  NC 27802

| 09-11-10797  CI:028618 | **BACKGROUND INVESTIGATION REPORT** | PR-12/3/09 |

Applicant: **HENDERSON, TYRONE BERNETT SR**
807 DIXON DRIVE
RICHMOND , VA  23224

**Date Entered:**   11/05/09

**Page:**   2

Aka:   None

SS No:   Not Displayed

## Investigation Summary

| Verification Type Information Source | Complete | Closed | N/A | Pending | Outstanding Performance | Concern / Discrepancy |
|---|---|---|---|---|---|---|
| **FMCSA - Acc. History** | | | | | | |
| WAL-MART | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **Employment** | | | | | | |
| GRAPHIC PACKAGING CORPORATION | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| **FMCSA Safety Sens.** | | | | | | |
| GRAPHIC PACKAGING CORPORATION | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **FMCSA - Acc. History** | | | | | | |
| GRAPHIC PACKAGING CORPORATION | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **County Criminal** | | | | | | |
| PENNSYLVANIA/WESTMORELAND | [X] | [ ] | [ ] | [ ] | [ ] | [X] |
| VIRGINIA/RICHMOND CITY | [X] | [ ] | [ ] | [ ] | [ ] | [X] |

*The information in this report may have been obtained from third-party sources who maintain this information.  If this report includes criminal record searches, please note that some minor charges may have been processed in a lower court which has no central reporting location. These types of charges, therefore, may not be included herein.  Though Verifications, Inc. (VI) has made every effort to provide accurate information, the accuracy and/or completeness of the information provided cannot be guaranteed. By engaging VI, you release VI, all of its officers, agents, and employees from all liability for any negligence associated with providing the enclosed information.*

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943

*FCRA Consumer Rights attached*          ***Final Updated report***

**Order No:** 5487728

TO:

> **IBC / ROCKY MOUNT**
> 2551 NORTH CHURCH STREET
> P O BOX 591
> ROCKY MOUNT,  NC 27802

---

| 09-11-10797  CI:02861B | **BACKGROUND INVESTIGATION REPORT** | PR-12/3/08 |

**Applicant:** HENDERSON, TYRONE BERNETT SR
807 DIXON DRIVE
RICHMOND , VA  23224

**Date Entered:**   11/05/09

**Page:**   3

**Aka:**   None

**SS No:**   Not Displayed

## Investigation Summary

| Verification Type Information Source | Complete | Closed | N/A | Pending | Outstanding Performance | Concern / Discrepancy |
|---|---|---|---|---|---|---|
| **Driving Record** | | | | | | |
| VIRGINIA | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| **SSN Trace** | | | | | | |
| CSC/EQUIFAX | [X] | [ ] | [ ] | [ ] | [ ] | [X] |
| **Nat'l Crim Rec Loc** | | | | | | |
| NATIONAL DATABASES | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

---

*The information in this report may have been obtained from third-party sources who maintain this information. If this report includes criminal record searches, please note that some minor charges may have been processed in a lower court which has no central reporting location. These types of charges, therefore, may not be included herein. Though Verifications, Inc. (VI) has made every effort to provide accurate information, the accuracy and/or completeness of the information provided cannot be guaranteed. By engaging VI, you release VI, all of its officers, agents, and employees from all liability for any negligence associated with providing the enclosed information.*

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN:   **Not Displayed**

Date Entered:   11/05/09

---

## FMCSA Safety Sensitive                    PR-12/3/09

Source:   **WAL-MART DISTRBUTION CENTER**                    **Non Accessible**

10695 FREEDOM TRAIL
GORDONSVILLE, VA  22942-

Comments:

**Reported Information**          **Verified Information**

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)?  If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years?  If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.

In the past three (3) years, for DOT-regulated testing:

1. Did this individual have an alcohol test with a result of 0.04 or higher alcohol concentration?
2. Did this individual have a verified positive drug test?
3. Did this individual refuse to be tested (including verified adulterated or substituted drug test results)?
4. Did this individual have other violations of DOT agency drug and alcohol testing regulations, or violations of the alcohol and controlled substances prohibitions under subpart B of Part 382 or 49 CFR Part 40?
5. Did a previous employer report a DOT drug and alcohol rule violation to you?
6. If you answered "yes" to any of the above items, did this individual complete the return-to-duty process?

NOTE:  If you answered "yes" to item 5, you must provide the previous employer's report.  If you answered "yes" to item 6, you must also transmit the appropriate return-to-duty documentation (e.g., SAP

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN: **Not Displayed**

Date Entered: 11/05/09

report(s), follow-up testing record).

7. Did this individual fail to undertake or complete a rehabilitation program prescribed by a substance abuse professional (SAP) pursuant to Section 382.605 or 49 CFR part 40, subpart O?

8. If this individual successfully completed a SAP's rehabilitation program and remained in your employ, did this individual have testing violations subsequent to completion of a Section 382.605 or 49 CFR part 40, subpart O referral?

The Driver Application and drug and alcohol history release is required to determine whether this check requires processing. If provided, this verification will be processed.

———————— 11/06/09 Verification Updated ————————
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N Suite 120, Maple Grove, MN 55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943





**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

**Date Entered:** 11/05/09

---

### FMCSA - Accident History

PR-12/3/09

---

**Source:** **WAL-MART DISTRBUTION CENTER**
10695 FREEDOM TRAIL
GORDONSVILLE, VA 22942-

**Non Accessible**

*Comments:*

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)? If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years? If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.
10. Was this individual's job designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing requirements as required by 49 CFR part 40?

The Driver Application or Application Supplement is required to determine whether this check requires processing. Please forward the application.
---------------- 11/06/09 Verification Updated -----------------
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N Suite 120, Maple Grove, MN 55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943

Plaintiffs Bate Stamp #000028



Applicant:  **HENDERSON, TYRONE BERNETT SR**
SSN:    Not Displayed

Date Entered:    11/05/09

## FMCSA Safety Sensitive
PR-12/3/09

Source:    **GRAPHIC PACKAGING**

4500 SARELLEN ROAD
RICHMOND, VA  23231-

**Non Accessible**

| Reported Information | Verified Information |
|---|---|

Comments:

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)? If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years? If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.

In the past three (3) years, for DOT-regulated testing:

1. Did this individual have an alcohol test with a result of 0.04 or higher alcohol concentration?
2. Did this individual have a verified positive drug test?
3. Did this individual refuse to be tested (including verified adulterated or substituted drug test results)?
4. Did this individual have other violations of DOT agency drug and alcohol testing regulations, or violations of the alcohol and controlled substances prohibitions under subpart B of Part 382 or 49 CFR Part 40?
5. Did a previous employer report a DOT drug and alcohol rule violation to you?
6. If you answered "yes" to any of the above items, did this individual complete the return-to-duty process?

NOTE: If you answered "yes" to item 5, you must provide the previous employer's report. If you answered "yes" to item 6, you must also transmit the appropriate return-to-duty documentation (e.g., SAP

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



**Applicant:   HENDERSON, TYRONE BERNETT SR**
**SSN:   Not Displayed**

Date Entered:   11/05/09

report(s), follow-up testing record).

7.  Did this individual fail to undertake or complete a rehabilitation program prescribed by a substance abuse professional (SAP) pursuant to Section 382.605 or 49 CFR part 40, subpart O?
8.  If this individual successfully completed a SAP's rehabilitation program and remained in your employ, did this individual have testing violations subsequent to completion of a Section 382.605 or 49 CFR part 40, subpart O referral?

The Driver Application and drug and alcohol history release is required to determine whether this check requires processing. If provided, this verification will be processed.
———————— 11/06/09 Verification Updated ————————
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



Applicant:   **HENDERSON, TYRONE BERNETT SR**
SSN:   **Not Displayed**

Date Entered:   11/05/09

## FMCSA - Accident History

PR-12/3/09

Source:   **GRAPHIC PACKAGING**

4500 SARELLEN ROAD
RICHMOND, VA  23231-

**Non Accessible**

Comments:

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)?  If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years?  If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.
10. Was this individual's job designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing requirements as required by 49 CFR part 40?

The Driver Application or Application Supplement is required to determine whether this check requires processing.  Please forward the application.
---------------------- 11/06/09 Verification Updated -----------------------
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



Page 10 of 22

Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN: **Not Displayed**

Date Entered:   11/05/09

## Employment

PR-12/3/09

Source:   **WAL-MART**

**Complete**

10695 FREEDOM TRAIL
GORDONSVILLE, VA  22942-

| | **Reported Information** | **Verified Information** |
|---|---|---|
| *Was applicant ever employed by you?* | | Yes |
| *Dates of employment (from - to):* | 04/1998 to 11/2009 | 04/14/09 to Present |
| *Title:* | order filler | Hourly Associate |
| *Earnings:* | 17.70/Mo | See Comments Below |
| *Reason employment ended:* | Still Employed | |
| *Is applicant eligible for rehire?* | | |
| *Employment Comments:* | | |

11/05/09 - This information was verified by an automated verification system used by the employer. Please note, the automated system provided applicant's earnings as $18.20 per hour plus 2009 year to date additional earnings of $391 bonus and $30 other. No further information was provided. Due to the discrepancy in employment dates, information has been requested from the Personnel on 11/05/09; any information received will be forwarded.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943

Plaintiffs Bate Stamp #000032



Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN: **Not Displayed**

Date Entered: 11/05/09

## **FMCSA Safety Sensitive**

PR-12/3/09

Source: **WAL-MART**

10695 FREEDOM TRAIL
GORDONSVILLE, VA 22942-

**Non Accessible**

Comments:

**Reported Information**          **Verified Information**
Not Listed
1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company
(subject to the FMCSR's)? If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section
390.15(b)) that involved this individual in the past three (3) years? If
Yes, provide required details.
9. You may also provide information concerning any accidents involving
this individual that are retained pursuant to governmental entities or
insurer requirements, or that are retained pursuant to your internal
policies for retaining more detailed minor accident information.

In the past three (3) years, for DOT-regulated testing:

1. Did this individual have an alcohol test with a result of 0.04 or higher
alcohol concentration?
2. Did this individual have a verified positive drug test?
3. Did this individual refuse to be tested (including verified adulterated
or substituted drug test results)?
4. Did this individual have other violations of DOT agency drug and
alcohol testing regulations, or violations of the alcohol and controlled
substances prohibitions under subpart B of Part 382 or 49 CFR Part 40?

5. Did a previous employer report a DOT drug and alcohol rule violation
to you?
6. If you answered "yes" to any of the above items, did this individual
complete the return-to-duty process?

NOTE: If you answered "yes" to item 5, you must provide the previous
employer's report. If you answered "yes" to item 6, you must also
transmit the appropriate return-to-duty documentation (e.g., SAP

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N Suite 120, Maple Grove, MN 55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



Applicant:   **HENDERSON, TYRONE BERNETT SR**
SSN:   **Not Displayed**                                                Date Entered:   11/05/09

report(s), follow-up testing record).

7.  Did this individual fail to undertake or complete a rehabilitation
program prescribed by a substance abuse professional (SAP) pursuant
to Section 382.605 or 49 CFR part 40, subpart O?
8.  If this individual successfully completed a SAP's rehabilitation
program and remained in your employ, did this individual have testing
violations subsequent to completion of a Section 382.605 or 49 CFR
part 40, subpart O referral?

The Driver Application and drug and alcohol history release is required
to determine whether this check requires processing.  If provided, this
verification will be processed.
———————— 11/06/09 Verification Updated ————————
This verification was entered in error. According to federal law,
consumers are entitled to the information which is procured for a
Consumer Report, therefore we are not able to remove this verification
from the report.

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943

Plaintiffs Bate Stamp #000034



Applicant:  HENDERSON, TYRONE BERNETT SR
SSN:  Not Displayed

Date Entered:   11/05/09

## FMCSA - Accident History

PR-12/3/09

Source:  **WAL-MART**

10695 FREEDOM TRAIL
GORDONSVILLE, VA  22942-

**Non Accessible**

Comments:

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)?  If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years?  If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.
10. Was this individual's job designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing requirements as required by 49 CFR part 40?

The Driver Application or Application Supplement is required to determine whether this check requires processing.  Please forward the application.
------------------ 11/06/09 Verification Updated ------------------
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (505) 884-1140 & (800)248-0943



**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

**Date Entered:** 11/05/09

## Employment

PR-12/3/09

**Source:** GRAPHIC PACKAGING CORPORATION

**Complete**

4500 SARELLEN ROAD
RICHMOND, VA  23231-

| | Reported Information | Verified Information |
|---|---|---|
| *Was applicant ever employed by you?* | | Yes |
| *Dates of employment (from - to):* | 09/2008 to 11/2008 | 09/06/00 to 11/15/08 |
| *Title:* | press operator | Printing-apprentice |
| *Earnings:* | 20.50/Hr | See Comments Below |
| *Reason employment ended:* | Company Closed | |
| *Is applicant eligible for rehire?* | | |
| *Employment Comments:* | | |

11/05/09 - This information was verified by an automated verification system used by the employer.  Please note earnings of $10,667 were provided for 2009; however, no employment dates were verified during this timeframe.  Please note, the automated system provided applicant's earnings as $1,600 bi-weekly plus 2008 year to date additional earnings of $829 overtime, $663 bonus, and $7,002 other.  No further information was provided.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

Date Entered:   11/05/09

---

**FMCSA Safety Sensitive**                                    PR-12/3/09

---

**Source:**  **GRAPHIC PACKAGING CORPORATION**                    **Non Accessible**

4500 SARELLEN ROAD
RICHMOND, VA  23231-

*Comments:*

**Reported Information**              **Verified Information**
Not Listed
1.  Was this individual employed by this company?
2.  Title:
3.  Dates:
4.  Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)?  If Yes, what type:
5.  For what types of deliveries was this individual responsible?
6.  Has this individual received any safety awards while in your employ?
7.  To the best of your knowledge, was this individual a safe driver?
8.  Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years?  If Yes, provide required details.
9.  You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.

In the past three (3) years, for DOT-regulated testing:

1.  Did this individual have an alcohol test with a result of 0.04 or higher alcohol concentration?
2.  Did this individual have a verified positive drug test?
3.  Did this individual refuse to be tested (including verified adulterated or substituted drug test results)?
4.  Did this individual have other violations of DOT agency drug and alcohol testing regulations, or violations of the alcohol and controlled substances prohibitions under subpart B of Part 382 or 49 CFR Part 40?

5.  Did a previous employer report a DOT drug and alcohol rule violation to you?
6.  If you answered "yes" to any of the above items, did this individual complete the return-to-duty process?

NOTE:  If you answered "yes" to item 5, you must provide the previous employer's report.  If you answered "yes" to item 6, you must also transmit the appropriate return-to-duty documentation (e.g., SAP

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



Applicant:  **HENDERSON, TYRONE BERNETT SR**
SSN:  **Not Displayed**

Date Entered:   11/05/09

report(s), follow-up testing record).

7.  Did this individual fail to undertake or complete a rehabilitation program prescribed by a substance abuse professional (SAP) pursuant to Section 382.605 or 49 CFR part 40, subpart O?
8.  If this individual successfully completed a SAP's rehabilitation program and remained in your employ, did this individual have testing violations subsequent to completion of a Section 382.605 or 49 CFR part 40, subpart O referral?

The Driver Application and drug and alcohol history release is required to determine whether this check requires processing.  If provided, this verification will be processed.
––––––––––––––– 11/06/09 Verification Updated ––––––––––––––––
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943





Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN: **Not Displayed**

Date Entered:   11/05/09

## FMCSA - Accident History

PR-12/3/09

Source:   **GRAPHIC PACKAGING CORPORATION**

**Non Accessible**

4500 SARELLEN ROAD
RICHMOND, VA 23231-

*Comments:*

1. Was this individual employed by this company?
2. Title:
3. Dates:
4. Did this individual drive a commercial motor vehicle for this company (subject to the FMCSR's)? If Yes, what type:
5. For what types of deliveries was this individual responsible?
6. Has this individual received any safety awards while in your employ?
7. To the best of your knowledge, was this individual a safe driver?
8. Were there any accidents included on your accident register (Section 390.15(b)) that involved this individual in the past three (3) years? If Yes, provide required details.
9. You may also provide information concerning any accidents involving this individual that are retained pursuant to governmental entities or insurer requirements, or that are retained pursuant to your internal policies for retaining more detailed minor accident information.
10. Was this individual's job designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing requirements as required by 49 CFR part 40?

The Driver Application or Application Supplement is required to determine whether this check requires processing. Please forward the application.
---------------------- 11/06/09 Verification Updated ---------------------
This verification was entered in error. According to federal law, consumers are entitled to the information which is procured for a Consumer Report, therefore we are not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N Suite 120, Maple Grove, MN 55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

Date Entered:    11/05/09

| County Criminal | PR-12/3/09 |
|---|---|

Developed from NCRL
**Source:** PENNSYLVANIA/WESTMORELAND                                    **Complete**

*Review Dates Starting:*    2002
*Ending:*    2009
*Criminal Search Results:*    A criminal record search must be conducted by a researcher or court
clerk at this location.  The information was requested on 11/06/09 and
will be forwarded upon receipt.
------------- 11/11/09 Verification Completed -------------
***NOTE: The following case(s) is/are located under: Tyrone
Henderson with a matching social security number and date of birth.

Case number: 2004-04581
09/13/04 Possess with intent to deliver (Felony)
01/17/06 Guilty

Sentence: 2 Years probation, 6 months electronic monitoring and costs
(amount not provided).

09/17/08 Probation revoked: 4 to 23 Months jail.
--------------------END--------------------
Case number: 2007-00541
01/15/07 Theft by unlawful taking (Misdemeanor)
03/23/07 Guilty

Sentence: 48 Hours to 6 months jail and costs (amount not provided).
--------------- 11/20/09 Verification Updated ---------------
The accuracy of the previously reported information in this jurisdiction is
being disputed.  Additional research is being conducted.  Any updates
will be forwarded upon receipt.
--------------- 12/01/09 Verification Completed ---------------
Additional research was conducted to confirm the accuracy of the
information reported in this jurisdiction.  Based on additional research,
the previously reported information is accurate as reported above.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

**Date Entered:**   11/05/09

## County Criminal

PR-12/3/09

**Source:**   **VIRGINIA/RICHMOND CITY**

**Complete**

*Review Dates Starting:*    2002
*Ending:*    2009
*Criminal Search Results:*

A criminal record search must be conducted by a researcher or court clerk at this location.  The information was requested on 11/05/09 and will be forwarded upon receipt.  Please note this search may be delayed if a possible record is located.  Most possible records require a court clerk to pull the court file to retrieve the defendant's identifying information.

———————— 11/10/09 Checked Status ————————
———————— 11/11/09 Checked Status ————————
———————— 11/12/09 Checked Status ————————
———————— 11/12/09 Checked Status ————————
———————— 11/12/09 Checked Status ————————
———————— 11/13/09 Verification Completed ————————

\*\*\*NOTE: The following case(s) is/are located under:  Tyrone Bernett Henderson Sr. with a matching date of birth.

Case number: GT06015566-00
05/25/06  Reckless driving (Misdemeanor)
06/15/06  Guilty

Sentence: $140.00 Fine and $77.00 costs.
—————————————END—————————————
Case number: GT01024201-00
07/21/01  No operator license (Misdemeanor)
08/09/01  Guilty

Sentence: $50.00 Fine and $30.00 costs.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120,  Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943



**Applicant:** HENDERSON, TYRONE BERNETT SR
**SSN:** Not Displayed

**Date Entered:**   11/05/09

| **Driving Record** | PR-12/3/09 |

**Source:**   **VIRGINIA**

**Non Accessible**

| | **Reported Information** | **Verified Information** |

*Drivers License No.:*
*Status:*                                                      LICENSED
*Class:*                                                       OPERATOR
*Expiration Date:*          01/01/2010                         01/10/10
*Driving Record:*      ----------- 11/05/09 Verification Updated
---------------
This verification was submitted electronically on
11/05/09.  Information will be forwarded upon receipt.
-------------- 11/06/09 Verification Completed
---------------
***NOTE:  The following information is located under:
Tyrone B. Henderson.

12/09/02 - License reinstated
05/25/06 - Reckless driving - speeding  6 Points
09/15/06 - Speeding at school crossing 15-19 mph  4 Points
12/08/07 - Speeding 20 or more mph above speed limit  6
Points
02/28/08 - Speeding 15-19 mph over limit  4 Points
09/19/08 - License suspended due to fail to maintain
judgement orders  0 Points
09/26/08 - License reinstated
07/28/09 - License suspended due to default judgement  0
Points
08/26/09 - License reinstated
----------------------- 11/06/09 Verification Updated
---------------------
This verification was entered in error. According to
federal law, consumers are entitled to the information
which is procured for a Consumer Report, therefore we are
not able to remove this verification from the report.

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



**Applicant: HENDERSON, TYRONE BERNETT SR**
**SSN: Not Displayed**

Date Entered: 11/05/09

**SSN Trace**                                                                    PR-12/3/09

Source: **CSC/EQUIFAX**

**Complete**

*SSN Trace Results:*

EQUIFAX DTEC TRACE REPORT

NAME
ADDRESS/ADDRESS REPORTED DATE

HENDERSON, TYRONE BERNETT
FN-HENDERSON, TYRONE BURNETTE

SSN ISSUED 1973;VA
SAFESCANNED: Your inquiry has gone through our SAFESCAN data base.
Subject's SSN verified.

Please note that "SSN verified" means 2 or more Equifax customers have reported data to Equifax with this SSN. "SSN not verified" simply means that 0-1 Equifax customers have reported data to Equifax with this SSN. Please see the SAFESCAN warning for the status of the SSN. If it reads only "Your inquiry has gone through our SAFESCAN data base.", the credit bureau is satisfied with the validity of the SSN.

Using the available credit resources, records show the provided Social Security Number (SSN) has been used by someone else for credit purposes. Please confirm that the SSN listed above is the same as provided by the applicant on other documentation and/or on the SSN Card. Verification through the Social Security Administration (SSA) itself can only be done by the company that has hired the applicant by calling 1-800 772 6270. Please note your Federal Tax ID# is required to access this information.

Employment decisions should not be based solely on credit bureau information.

*This information is Confidential and may be used only by authorized personnel.*
6900 Wedgwood Rd N Suite 120, Maple Grove, MN 55311
Voice #: (800)247-0717, FAX #: (605) 884-1140 & (800)248-0943



Applicant: **HENDERSON, TYRONE BERNETT SR**
SSN: **Not Displayed**

Date Entered:    11/05/09

**National Criminal Record Locator**                                            PR-12/3/09

Source:    **NATIONAL DATABASES**

**Complete**

*Results:*

–––––––––––––––– 11/06/09 Verification Completed –––––––––––––––
Additional research at the jurisdictional level is required to complete this
check. This information was requested on 11/06/09 and, upon receipt,
will be included in the applicable jurisdiction contained in this report.

PLEASE NOTE: For a list of information sources used in this search go
to: http://www.verificationsinc.com/pdf/ncrisource.pdf

**End of report**

*This information is Confidential and may be used only by authorized personnel.*

6900 Wedgwood Rd N  Suite 120, Maple Grove, MN  55311
Voice #: (800)247-0717,  FAX #: (605) 884-1140 & (800)248-0943

Plaintiffs Bate Stamp #000044