# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**TYRONE HENDERSON,**
*On behalf of himself and others similarly situated,*

        **Plaintiff,**

v.                      **CIVIL ACTION NO: 3:11cv514-REP**

**VERIFICATIONS INCORPORATED,**

        **Defendant.**

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO ENLARGE EXPERT WITNESS DATES

COMES NOW the Plaintiff, TYRONE HENDERSON, on behalf of himself and all others similarly situated, by counsel, and hereby moves this Court for an Extension of Time to make his Rule 26(a)(2) expert witness disclosures until June 30, 2012, and for Defendant to make its Rule 26(a)(2) expert witness disclosures until July 30, 2012. In support of his motion, he supplies the accompanying Memorandum in Support.

                              Respectfully submitted,

                              **TYRONE HENDERSON,**
                              *On behalf of himself and others similarly situated,*
                              _____/s/_____
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of May, 2012, I will file the foregoing Motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Email: charles.seyfarth@leclairryan.com

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email: megan.benary@leclairryan.com

      *Counsel for Verifications Incorporated*

                                              /s/
                                  Leonard A. Bennett, Esq.
                                  VSB #37523
                                  Attorney for Plaintiff
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  763 J. Clyde Morris Boulevard, Suite 1-A
                                  Newport News, Virginia 23601
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  lenbennett@cox.net