# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, *on behalf of himself and others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:11cv514 |
| VERIFICATIONS INCORPORATED, | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Matthew J. Erausquin of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters his appearance in this matter.

          Respectfully submitted,
          **TYRONE HENDERSON,** *on behalf of himself and others similarly situated*

          /s/
          Matthew J. Erausquin, VSB No. 65434
          *Counsel for the Plaintiff*
          CONSUMER LITIGATION ASSOCIATES, P.C.
          1800 Diagonal Road, Suite 600
          Alexandria, VA  22314
          Tel:     703-273-7770
          Fax:    888-892-3512
          matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of June, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd Street
Richmond, VA 23219
804-916-7159
804-916-7259 (fax)
charles.seyfarth@leclairryan.com

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road, Suite 1100
Alexandria, VA 22314
703-647-5933
703-647-5983 (fax)
megan.benary@leclairryan.com

*Counsel for the Defendant*

                                                       /s/
                                  Matthew J. Erausquin, VSB No. 65434
                                *Counsel for the Plaintiff*
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                1800 Diagonal Road, Suite 600
                                Alexandria, VA  22314
                                Tel:    703-273-7770
                                Fax:   888-892-3512
                                matt@clalegal.com