IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, On behalf of himself and others similarly situated,

    Plaintiff,

v.    Civil Action No. 3:11cv514

VERIFICATIONS INCORPORATED,

    Defendant,

## ORDER

Having considered VERIFICATIONS, INC.'S MOTION TO DISMISS COUNTS I, II AND III OF PLAINTIFF'S FIRST AMENDED COMPLAINT (Docket No. 21), the opposition and reply thereto, and finding that each of those Counts alleges a claim that is legally cognizable, it is hereby ORDERED that VERIFICATIONS, INC.'S MOTION TO DISMISS COUNTS I, II AND III OF PLAINTIFF'S FIRST AMENDED COMPLAINT (Docket No. 21) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                        /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 29, 2012