IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**Tyrone Henderson**
on behalf of himself and others similarly situated,

        Plaintiff,

   v.

**Verifications Incorporated**,

        Defendant.

Civil Action No. 3:11cv514-REP

**MOTION FOR AGREED ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS AND SCHEDULING FAIRNESS HEARING**

Pursuant to Fed. R. Civ. P. 23(e) and Rule 7 of the Local Rules for the United States District Court for the Eastern District of Virginia, Plaintiff, Tyrone Henderson, by counsel, on behalf of himself and all members of the proposed Settlement Class, with the consent and agreement of Defendant, Verifications, Inc., by counsel, respectfully move this Court for the entry of an Order:

    (1) preliminarily approving a proposed class settlement,

    (2) scheduling a fairness hearing,

    (3) certifying a class for purposes of the proposed class settlement,

    (4) appointing class counsel, and

    (5) approving the form and manner of notice proposed to be sent to all members of the settlement class.

The terms of the settlement fully agreed between the parties are as stated in the Settlement Agreement attached hereto as Exhibit 1. The proposed Preliminary Approval Order is as attached hereto as Exhibit 2. The parties are circulating these documents for signatures and will also file proposed Class Notices by Monday, October 29, 2012.

In support of this motion, the Parties rely on the arguments and authority set forth in the Memorandum of Points and Authorities filed contemporaneously with this Motion.

        Respectfully Submitted,

        _____/s/_____
Susan M. Rotkis, VSB 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
757-930-3660
757-930-3662
srotkis@clalegal.com

Leonard Anthony Bennett, VSB 37523
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
757-930-3660
757-930-3662
lenbennett@clalegal.com

Dale Wood Pittman, VSB 15673
The Law Office Of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
(804) 861-6000 - Telephone
(804) 861-3368 - Fax
dale@pittmanlawoffice.com

Matthew James Erausquin, VSB 65434
Janelle E. Mason, VSB 82389
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600

        Alexandria, VA 22314
        Telephone: (703) 273-6080
        Facsimile: (888) 892-3512
        matt@clalegal.com
        Janelle@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

On this 23d day of October 2012, I certify that I have electronically filed the foregoing pleading in the CM/ECF system, which shall send a Notice of Electronic Filing (NEF) to the following:

Megan Starace Ben'Ary VSB
LeClairRyan PC
2318 Mill Road Suite 1100
Alexandria VA 22314

Charles Kalman Seyfarth VSB
LeClairRyan PC
951 E. Byrd St
Richmond, VA 23219

*Counsel for the Defendant*

        Counsel for the Defendant

        _____/s/_____
        Susan M. Rotkis
        VSB 40693
        Consumer Litigation Associates, P.C.
        763 J. Clyde Morris Blvd. Suite 1A
        Newport News VA 23601

        Counsel for the Class