UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**
*On behalf of himself and others similarly situated,*

        **Plaintiff,**

v.                                                                                          **CIVIL ACTION NO: 3:11cv514-REP**

**VERIFICATIONS INCORPORATED,**

        **Defendant.**

## PLAINTIFF'S SUPPLEMENTAL FILING IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT

COMES NOW the Plaintiff, TYRONE HENDERSON, on behalf of himself and all others similarly situated, by counsel, and with the consent of Defendant, he files herein the proposed Class Notices, Claims and Request for Exclusion form and CAFA notice negotiated, now agreed and proposed by the Parties in accordance with their pending Motion for Preliminary Approval of Class Settlement.[1]

                                            Respectfully submitted,
                                            **TYRONE HENDERSON,**
                                            *On behalf of himself and others similarly situated,*

                                            _____/s/_____
                                            Leonard A. Bennett, Esq.
                                            VSB #37523
                                            Attorney for Plaintiff
                                            CONSUMER LITIGATION ASSOCIATES, P.C.
                                            763 J. Clyde Morris Boulevard, Suite 1-A
                                            Newport News, Virginia 23601

---

[1] The Parties have devoted substantial effort and time – with several rounds of negotiation – to the drafting of these notices and forms. Completion of this process earlier this week was impeded by the weather conditions. Counsel are grateful for the Court's patience.

(757) 930-3660 - Telephone<br>
(757) 930-3662 – Facsimile<br>
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2012, I will file the foregoing Memorandum in Support electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Charles Kalman Seyfarth
LeClair Ryan PC (Richmond)
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Email: charles.seyfarth@leclairryan.com

Megan Starace Ben'Ary
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email: megan.benary@leclairryan.com

*Counsel for Verifications Incorporated*

                                                         /s/
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net