RECEIVED
JAN 29 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

To the Clerk of Court,

I'm Terrance A. Foglesby from Cartwell, SC. I'm writing you at the behalf of a letter I've received from Hendersh. v. Webofscam. The letter I received says there will be a hearing at March 5th, 13 at the United States District Court of the Eastern District of Virginia. If the transportation reaches I will not be able to attend the fairness hearing. I hope the court will understand my position here. This is my written request to appear in behalf of the court.

Thanks & Favor
Blessed Day

GREENVILLE SC 295
25 JAN 2013 PM 3 L

FOREVER USA
Purple Martin

PENNANCE A. MCLESKY
43 TOLEDO VALLEY RD.
GAFFNEY, SC 29341

Clerk of the Court
United States District Court
For the Eastern District of Virginia
701 E. Broad St.
Richmond, VA 23219