Martae Childress

119 Woodview Dr. Apt 10

Danville, VA 24540

(434)-429-0782

Clerk of the Court for the

Eastern District of Virginia

701 E. Broad St.

Richmond, VA 23219

Greetings to United States District Court

   I was notified about some issues concerning a background check. The problem occurred and was prepared by the Defendant between August 10, 2006 and September 5, 2012. The defendant advised an employer or a perspective employer that additional research was being conducted prior to the completion of my background report without my consent. This is the case of Henderson v. Verifications, Inc. and case number is 3:11cv514.

   I am objecting to the settlement because I do not like any part of it. I feel that I have suffered from this event or background report prepared by the defendant. Some of the reason that I feel that I have underwent from this occurrence, is not able to ever have a job with this employer or prospective employer, it is very frustrating thinking that employers are neglecting people of potential when undergoing application at the present time, and they should be punished to maximum penalty. I know some kind of ethics and business laws should have come into effect, now if I was going to take the settlement these employers or prospective employers will still feel they are above the law. This is America and laws are made every day to stop people from hurting one another. This employer or prospective employer violated the Ninth Amendment, which states "The enumeration in Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people".

   My background report obviously was over researched without my permission or any notification. I have explained the many different reasons why I am objecting to this settlement. I would like for this employer or prospective employer to be prosecuted to the fullest extent. I know on my behalf and all the others that are involved in this case will see justice from the honorable judge.

Sincerely,

Martae Childress

