January 31st, 2012

From: Tracy Harris, Claim # - 86554 (Continued)
       445 SW 27th Avenue  Suite #201
       Fort Lauderdale, Florida  33312
To: Henderson v. Verifications, Inc. (Continued)
    P.O. Box 1387; Blue Bell, PA 19422

Subject: Amplifying information/documentation showing Damage caused by: Verification, Inc. to support my claim...

Dear your Honor/Class Administrator,

    I also had an opportunity to be one of eight (8) Candidates [out of an application pool of over 1,000+ applicants] selected to participate in a very prestigious Troops-2-Techer program being offered at my Graduate School (Florida Atlantic University). The program is called, "F.I.T." and that stands for: First Introduction into Teaching program. However, I lost my opportunity to take advantage of such a program because I could Not get background clearance from Verification, Inc. I (of course) passed the "Live-Scan" check, but my application approval was voided due to inaccurate information on my background check provided by Verifications, Inc. **Enclosed is my documentation...**

    **In conclusion, I, _Tracy Harris_ would like to be included as a testifying witness in any court proceeding(s) concerning this case!** I can be reached via cellphone: (561) 860 – 3079; or of course via my personal email: trajiggy@yahoo.com . Please forward me any and all information concerning court dates; as I am formally requesting to testify and attend the hearings. Thank you in advance for your time, attention and cooperation in this matter!
Very Respectfully yours,

Mr. Tracy Harris, USN(RM)

Tracy Harris
Claim # 86554
145 S.W. 27th Ave
Suite # 201
Ft. Lauderdale, FL
33312-2056

3:11CV514

U.S. MARSHA'S INSPECTED

23215833528

Attn: Henderson v. Verification, Inc.
c/o: Clerk of Courts
U.S. District Court for:
the Eastern District of VA
701 East Broad Street
Richmond, Virginia 23219