IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**Tyrone Henderson**
on behalf of himself and others similarly
situated,

        Plaintiff,

   v.

**Verifications Incorporated,**

        Defendant.

Civil Action No. 3:11cv514-REP

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, AND AN AWARD OF INCENTIVE PAYMENT AND ATTORNEYS FEES

Pursuant to Fed. R. Civ. P. 23(e) and Rule 7 of the Local Rules of the United States Court for the Eastern District of Virginia, Plaintiff, on behalf of himself and the class, respectfully moves that this Court enter an Order (1) finally approving the proposed class settlement, (2) awarding an incentive payment to the Plaintiff that provided the significant effort and participation that led to the present result, (3) and approving the award of attorneys fees and reimbursement of expenses to his counsel pursuant to Fed. R. Civ. P. 23(h).

For the reasons set forth in the Plaintiff's Memorandum of Law filed herewith, Plaintiff respectfully requests that the Court grant final approval of this class settlement as further described therein.

**TYRONE HENDERSON**, *on behalf of himself and others similarly situated*,

_____/s/_____
Leonard A. Bennett VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan M. Rotkis, VSB# 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

Dale Wood Pittman, VSB# 15673
The Law Office of Dale Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000 – Telephone
(804) 861-3368 – Facsimile
E-mail: dale@pittmanlawoffice.com

Christopher Colt North
William Downing
751-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-1010 – Telphone
E-mail: cnorthlaw@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Charles Kalman Seyfarth
LeClair Ryan PC
951 E. Byrd Street
Richmond, VA 23219
E-mail: charles seyfarth@leclairryan.com

Megan Starace Ben'Ary
LeClair Ryan, PC
2318 Mill Road
Suite 1100
Alexandria, VA 22314
E-mail: megan.benary@leclairryan.com

                                            /s/
                            Leonard A. Bennett VSB #37523
                            CONSUMER LITIGATION ASSOCIATES, P.C.
                            763 J. Clyde Morris Boulevard, Suite 1-A
                            Newport News, Virginia 23601
                            (757) 930-3660 – Telephone
                            (757) 930-3662 – Facsimile
                            E-mail: lenbennett@clalegal.com