| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: March 07, 2013 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE: Tyrone Henderson, etc. v. Verifications Incorporated | CASE NO: 3:11CV00514 <br> JUDGE: Payne <br> COURT REPORTER: Diane Daffron, OCR |

FILED MAR 7 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( X )  MOTION HEARING ( )  OTHER: _____

APPEARANCES: Parties by ( X )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Counsel for the Plaintiff and the Defendant made statements to the Court regarding Proposed Settlement of this Class Action. For the reasons stated from the record the Court continued this hearing to be held at 10:00 a.m. on March 13, 2013.

Counsel for Plaintiff(s) Leonard A. Bennett, Esquire

Counsel for Defendant(s) Charles K. Seyfarth, Esquire    Megan S. Ben'ary, Esquire

SET: 10:00 a.m. BEGAN: 10:00 a.m.    ENDED: 11:15 a.m. TIME IN COURT: 1 hr. 15 mns.

RECESSES: