IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**Tyrone Henderson,**
On behalf of himself and others similarly situated,

    Plaintiff,

v.

**Verifications Incorporated,**

    Defendant.

Civil Action No.
3:11cv514-REP

FILED
MAR - 7 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

### ORDER

For the reasons set forth on the record on March 7, 2013, the hearing on the MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AN AWARD OF INCENTIVE PAYMENT AND ATTORNEYS FEES is hereby continued to March 13, 2013 at 10:00 a.m. The parties are directed to submit their revised proposed Final Order & Judgment and any other relevant documents no later than 10:00 a.m. on March 12, 2013.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 7, 2013