UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
*On behalf of himself and others similarly situated,*

          Plaintiff,

v.                              CIVIL ACTION NO: 3:11cv514-REP

VERIFICATIONS INCORPORATED,

          Defendant.

ORDER

THIS MATTER is before the Court on a Motion to Correct Injustice and Make Due Compensation filed by Movant, Darryl Edwards (Docket No. 55). Having considered the matter and deeming it proper and just to do so, it is hereby ORDERED

1. Movant's Motion is overruled.

2. Plaintiff's request to pay Movant the sum of $500.00 from their attorney's fees is hereby GRANTED.

3. Movant shall notify Plaintiff's counsel within thirty (30) days of this Order of his current address.

4. Plaintiff's counsel shall, within fifteen (15) days of receipt of Movant's current address, forward a check payable to Movant in the amount of $500.00.

It is so ORDERED.
The Clerk is directed to send a copy of this Order to Darryl Edwards.

                                                   /s/        REP
                                                 Judge

March 27, 2015
Richmond, Virginia